IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICRO ELECTRONICS INC,

    Plaintiff,

v.                                                            CASE NO. 1:07-cv-00264-MP-AK

ROMULOUS ALDERMAN III,
MICRO CENTER,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 8, Stipulation of Settlement and to Dismissal of Action with Prejudice and Incorporated Order of Dismissal by Micro Electronics Inc., and the Court having reviewed the file and said Stipulation, it is hereby

**ORDERED AND ADJUDGED:**

1. This action is hereby DISMISSED with prejudice, with each party to bear its own costs and fees incurred herein.

2. The Court retains jurisdiction over the matter and the parties to enforce the terms of the referenced Settlement Agreement and Mutual Release.

3. The Clerk is directed to administratively close this matter.

**DONE AND ORDERED** this *11th* day of March, 2008

                        *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge