IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICRO ELECTRONICS INC,

    Plaintiff,

v.                                        CASE NO. 1:07-cv-00264-MP-AK

ROMULOUS ALDERMAN III,
MICRO CENTER,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 13, Motion to Enforce Settlement Agreement and for Attorneys' Fees and Costs, filed by Plaintiff.  An in-court teleconference was held on June 25, 2008, in which Gainesville Attorney James Feiber made a Notice of Appearance on behalf of Defendants.  His contact information is

> FEIBER, JAMES GEORGE
> SALTER FEIBER MURPHY
> 3940 NW 16TH BLVD BLDG B
> PO BOX 357399
> GAINESVILLE, FL 32605-3502
> Email: jamesf@salterlaw.net
> Phone: 352/376-8201
> Fax: 352/376-6048

The Clerk shall add Mr. Feiber as attorney of record for Defendants.  As stated during the hearing, the parties have reached agreement on the motion at doc. 13, and it is denied as moot. The Defendants agree that the Settlement Agreement is formally adopted by the Court as an order of the Court.  The Defendants agree to fully comply with the Settlement Agreement and

*Page 2 of 2*

are warned that failure to do so could lead to sanctions such as contempt of court. Additionally, Defendants shall pay, by Tuesday, July 15, 2008, $1,000 to Plaintiff for attorneys' fees and an additional $1,000 to Plaintiff for attorneys' fees by Tuesday, August 5, 2008.

**DONE AND ORDERED** this  *1st*  day of July, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge